# EXHIBIT 'A'

## OPT-IN CONSENT FORM

*Class Action: . National Oilwell Varco, Inc. / Brandt NOV, et al.*

Name: Jack Akin

S.S.# (optional): ▆▆▆

Address: ▆▆▆

Work Phone: ▆▆▆

Home Phone: ▆▆▆

Email: ▆▆▆

### CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to Fair Labor Standards Act
29 U.S.C. §216(b)

1. I consent and agree to pursue my claims arising out of overtime work as an employee or former employee of *National Oilwell Varco, Inc. aka Brandt NOV, et al.* in connection with the above referenced lawsuit.

2. I have worked in the position(s) listed above from on or about ___19___ (month/year) to on or about ___OCT 2011___ (month, year).

3. During the above time period, I worked in excess of forty (40) hours per week, but was not paid all my overtime compensation.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, et. seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

5. I hereby designate The Poncio Law Offices, P.C., Adam Poncio, and Attorney Chris McJunkin to represent me for all purposes in this action.

6. I also designate the collective action Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) _/s/ Jack M. Akin_   (Date Signed) 3-9-12

**NOTE**

Statute of limitations concerns mandate that you return
this form as soon as possible to preserve your rights.

## OPT-IN CONSENT FORM

*Michael Favata v. National Oilwell Varco, Inc. / Brandt NOV, et al.*

Name: MICHAEL FAVATA          S.S.# (optional) ███

Address: ███                  Work Phone: ███

███                           Home Phone: ███

                              Email: ___

### CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. §216(b)

1. I consent and agree to pursue my claims arising out of overtime work as an employee or former employee of *National Oilwell Varco, Inc. aka Brandt NOV, et al.* in connection with the above referenced lawsuit.

2. I have worked in the position(s) listed above from on or about 1/2011 (month, year) to on or about LATE 2011 (month, year).

3. During the above time period, I worked in excess of forty (40) hours per week, but was not paid overtime compensation.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, et. seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

5. I hereby designate The Poncio Law Offices, P.C., Adam Poncio, and Attorney Chris McJunkin to represent me for all purposes in this action.

6. I also designate the collective action Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) *Michael Favata*          (Date Signed) Jan. 30th Mon.

**\*\*NOTE\*\***

Statute of limitations concerns mandate that you return
this form **as soon as possible** to preserve your rights.

## OPT-IN CONSENT FORM

*National Oilwell Varco, Inc. / Brandt NOV, et al.*

Name: Zack Hunter

Address: [redacted]

S.S.# (optional): _____

Work Phone: [redacted]

Home Phone: [redacted]

Email: [redacted]

### CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to Fair Labor Standards Act
29 U.S.C. '216(b)

1. I consent and agree to pursue my claims arising out of overtime work as an employee or former employee of *National Oilwell Varco, Inc. aka Brandt NOV, et al.* in connection with the above referenced lawsuit.

2. I have worked in the position(s) listed above from on or about January 2011 (month, year) to on or about June 2011 (month, year).

3. During the above time period, I worked in excess of forty (40) hours per week, but was not paid overtime compensation.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. '201, et. seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

5. I hereby designate The Poncio Law Offices, P.C., Adam Poncio, and Attorney Chris McJunkin to represent me for all purposes in this action.

6. I also designate the collective action Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) _Zack Hr_  (Date Signed) 3/14/12

**NOTE**

Statute of limitations concerns mandate that you return this form as soon as possible to preserve your rights.

**OPT-IN CONSENT FORM**
**COLLECTION ACTION** against National Oilwell Varco, Inc. aka Brandt NOV, et al,

Name: JERRY JURACH

Address: ▮▮▮▮▮▮▮▮▮▮

S.S.# (optional): ▮▮▮▮▮▮

Work Phone: _____

Home Phone: ▮▮▮▮▮▮

Email: ▮▮▮▮▮▮

## CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to Fair Labor Standards Act
29 U.S.C. §216(b)

1. I consent and agree to pursue my claims arising out of overtime work as an employee or former employee of against National Oilwell Varco, Inc. aka Brandt NOV, et al, in connection with the above referenced lawsuit.

2. I have worked in the position(s) listed above from on or about Feb 2011 (month, year) to on or about May 2011 (month, year).

3. During the above time period, I worked in excess of forty (40) hours per week, but was not paid overtime compensation.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, et. seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

5. I hereby designate The Poncio Law Offices, P.C., Adam Poncio, and Attorney Chris McJunkin to represent me for all purposes in this action.

6. I also designate the collective action Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into ssettlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) _____  (Date Signed) 2/4/12

**NOTE**

Statute of limitations concerns mandate that you return this form as soon as possible to preserve your rights.