IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL FAVATA, ET AL, | § § § | |
| v. | § § § | CIVIL ACTION NO. 2:12-CV-00082 |
| NATIONAL OILWELL VARCO, LP., aka/fka BRANDT NOV | § § § § | |

## PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now Michael Favata, Et Al and submits the following as Designation of Experts:

Adam Poncio
Poncio Law Offices, P.C.
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229-3550
(210) 212-7979

Christopher E. McJunkin
2842 Lawnview
Corpus Christi, Texas 78404
(361) 882-5747

Attorneys for Plaintiffs. Has knowledge regarding reasonable and necessary attorneys' fees and expenses related to the prosecution of Plaintiffs' claims, expert fees, court costs and expenses. May also testify regarding the applicable law and facts as they relate to Plaintiffs' claims.

Respectfully Submitted,

By: _____
ADAM PONCIO
State Bar No. 16109800

**PONCIO LAW OFFICES, P.C.**
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229-3550
Telephone: (210) 212-7979
Facsimile: (210) 212-5880

Christopher E. McJunkin
State Bar No. 13686525
2842 Lawnview
Corpus Christi, Texas 78404
Telephone: (361) 882-5747
Facsimile: (361) 882-8926

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the day of 30th of November 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and served on the following interested parties:

David M. Silbert
M. Carter Crow
Fulbright & Jaworski, L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone (713) 651-5151
Facsimile (713) 651-5246

_____
ADAM PONCIO