Clerk, U.S. District Court
Southern District of Texas
FILED

MAY 01 2013

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL FAVATA, <br> JACK AKIN, <br> ZACK HUNTER, <br> JERRY JURACH <br> MICHAEL MALLETT, and <br> JORGE ACOSTA, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL OILWELL VARCO, LP, <br> a/k/a Brandt NOV, <br><br> Defendant. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:12-CV-00082 |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the above-styled and numbered lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid overtime wages from my current/former employer National Oilwell Varco, LP (a/k/a "NOV").

| |
|---|
| Your Full Legal Name (please print): <br> Raul Ivan Ramirez |
| Street Address: <br> 220 JJ Dr. |
| City, State, and Zip Code: <br> Mission, TX, 78574 |
| Phone: <br> (956) 209-5216 |
| E-Mail (not required): <br> ramirez_5311@yahoo.com |

I am represented by (leave blank if you wish to be represented by Plaintiffs' Counsel):

| | |
|---|---|
| Attorney/Firm Name (please print): | Poncio Law Offices P.C. |
| Street Address: | 5410 Fredericksburg Rd. Suite 109 |
| City, State, and Zip Code: | San Antonio, TX 78229 |
| Phone: | (210) 212-7979 |
| E-Mail (not required): | salaw@msn.com |

_____
Signature

4-29-13
Date

**Return this form to:**   Clerk of the Court
United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

PONCIO LAW OFFICES, P.C.
5410 Fredericksburg Rd., Suite 109
San Antonio, Texas 78229-3550

MCALLEN TX 785
29 APR 2013 PM 1 T

Clerk of the Court
UNITED STATES DISTRICT COURT
1133 N. Shoreline Blvd.
Corpus Christi, Texas 78401

78401+2042



Liberty FOREVER