IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

MAY 06 2013

David J. Bradley, Clerk of Court

| | |
|---|---|
| MICHAEL FAVATA, <br> JACK AKIN, <br> ZACK HUNTER, <br> JERRY JURACH <br> MICHAEL MALLETT, and <br> JORGE ACOSTA, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL OILWELL VARCO, LP, <br> a/k/a Brandt NOV, <br><br> Defendant. | § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 2:12-CV-00082 |

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the above-styled and numbered lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid overtime wages from my current/former employer National Oilwell Varco, LP (a/k/a "NOV").

Your Full Legal Name (please print):
Cameron Maurice Robinson

Street Address:
156 Sherwood Dr.

City, State, and Zip Code:
Lafayette, LA 70501

Phone:
337-212-0756

E-Mail (not required):

I am represented by (leave blank if you wish to be represented by Plaintiffs' Counsel):

| | |
|---|---|
| Attorney/Firm Name (please print): | |
| Street Address: | |
| City, State, and Zip Code: | |
| Phone: | |
| E-Mail (not required): | |

_____
Signature

4-29-13
Date

Return this form to:      Clerk of the Court
United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

PONCIO LAW OFFICES, P.C.
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229-3550

7840120425B

Clerk of the Court
United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, Texas 78401

$0.46⁰
US POSTAGE
FIRST-CLASS
071V00845015
78229
000001090
endicia.com endicia.com endicia.com