IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL FAVATA, ET AL., | § § § § | |
| Plaintiffs | § § | |
| VS. | § § | CIVIL ACTION NO. 2:12-CV-00082 Jury Trial |
| NATIONAL OILWELL VARCO, LP., aka / fka BRANDT NOV, | § § § § | |
| Defendant | § | |

## PLAINTIFFS' ADVISORY TO THE COURT REGARDING PLAINTIFFS' FOURTH MOTION TO COMPEL DISCOVERY RESPONSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs, MICHAEL FAVATA, ET AL., and files their Plaintiffs' Advisory to the Court Regarding Plaintiff's Fourth Motion to Compel Discovery Responses, and would respectfully show unto the court as follows:

On August 20, 2013, Plaintiffs' filed *Plaintiffs' Fourth Motion to Compel Discovery Responses* (Dkt. 169). Upon reaching an agreement Plaintiffs' hereby request to withdraw the above-referenced motion.

Respectfully Submitted,

BY: _____
ADAM PONCIO
STATE BAR NO. 16109800
SOUTHERN DISTRICT BAR NO. 194847

PONCIO LAW OFFICES
A Professional Corporation
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229-3550
Telephone:   (210) 212-7979
Facsimile:   (210) 212-5880

Chris McJunkin
State Bar No. 13686525
Southern District ID No. 23548
2842 Lawnview
Corpus Christi, Texas 78404
Telephone:   (361) 882-5747
Facsimile:   (361) 882-8926

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and served on the following interested parties:

M. Carter Crow
Rafe Schaefer
Fulbright & Jaworksi, LLP
1301 McKinney, Ste 5100
Houston, Tx. 77010-3095
Fax: 713-651-5246

_____
ADAM PONCIO