UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL FAVATA, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:12-CV-82 |
| | § | |
| NATIONAL OILWELL VARCO, LP; aka | § | |
| BRANDT NOV, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Motion to Compel Responses to Third Request for Production (D.E. 173). The motion is DENIED regarding the documents produced by Defendant for in camera review. The Court finds that the documents are protected by the attorney-client privilege.

ORDERED this 4th day of November, 2013.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE