None of these agreements will affect either party's right to call rebuttal witnesses pursuant to the Rules. NOV reserves all objections to the trial plan.

① Plaintiffs are not pursuing any claim for donning and doffing.

United States Courts
Southern District of Texas
FILED

FEB 21 2014

David J. Bradley, Clerk of Court

② Plaintiffs will provide an ~~an~~ amended Trial Plan identifying the 6 Plaintiffs who will testify at trial by ~~February 28~~ March 3. All testifying Plaintiffs will have been previously deposed.

③ Plaintiffs are not pursuing any claim for ~~Plaintiffs~~ any days that show more than 16.0 hours on a Plaintiff's timesheet. Plaintiffs claims for working 'one-man jobs' are limited to days that the Plaintiffs recorded exactly 16.0 hours on their timesheets.

④ Plaintiffs are not pursuing any claims for time spent in Safety Meetings other than for days that the Plaintiffs recorded exactly 12.0 hours on their timesheets.

⑤ Plaintiffs will file ~~a~~ an Amended Complaint by ~~February 28~~ March 3.

⑥ Plaintiffs will file a new Proposed Trial Plan by ~~February 28~~ March 3. NOV will file objections within seven days of receipt of the trial plan. PLAINTIFFS WILL FILE THEIR REPLY WITHIN THREE DAYS OF ~~S~~ RECEIPT.

⑦ Plaintiffs will supplement their discovery responses and provide individual Interrogatory Verifications for each Plaintiff by March 10.

_Chris McJunkin_
Chris McJunkin
Counsel for Plaintiffs

_MCC_
Carter Crow
Counsel for NOV