IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL FAVATA, ET AL., | § § § | |
| v. | § | CIVIL ACTION NO. 2:12-CV-00082 |
| | § § | |
| NATIONAL OILWELL VARCO, LP., aka/fka BRANDT NOV | § § | |

## JOINT REVISED STATEMENT OF THE CASE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Michael Favata, Et A., Plaintiffs, and National Oil Well Varco, LP., aka / fka Brandt NOV, Defendant, in the above-styled and numbered cause, and pursuant to the Court's Scheduling Order, file this their Joint Revised Statement of the Case for the Court to read to the Jury:

### 1. APPEARANCE OF COUNSEL

Michael Favata, Et Al., *Plaintiffs*

Adam Poncio
PONCIO LAW OFFICES
A Professional Corporation
State Bar No. 16109800
5410 Fredericksburg Rd., Suite 109
San Antonio, Texas 78229-3550
Telephone: (210) 212-7979
Facsimile: (210) 212-5880
*Counsel for Plaintiffs*

Chris McJunkin
2842 Lawnview St.
Corpus Christi, Texas 78404
Phone: (361) 882-5747
Fax: (361) 882-8926
*Counsel for Plaintiffs*

National Oil Well Varco, LP., aka / fka Brandt NOV, *Defendant*

    M. Carter Crow
    Greg Moore
    Rafe A. Schaefer
    Norton Rose Fulbright, LLP
    1301 McKinney, Suite 5100
    Houston, TX 77010-3095
    (713) 651-5151 Telephone
    (713) 651-5246 Facsimile
    *Counsel for Defendant*

And

    Darrell L. Barger
    Michael G. Terry
    Hartline Dacus Barger Dreyer, LLP
    800 N. Shoreline Blvd., Ste. 2000 - North
    Corpus Christi, TX 78401
    (361) 866-8000 Telephone
    (361) 866-8039 Facsimile

## 2. JOINT REVISED STATEMENT OF THE CASE

This is a case brought by a class of fifty-five former closed-loop operators of Defendant National Oil Varco, L.P.'s ("NOV") who worked at oil and gas well drilling rig locations in the Corpus Christi area. Plaintiffs are claiming that NOV did not pay them overtime compensation as required by the Fair Labor Standards Act. NOV denies Plaintiffs' allegations, saying that did comply with the overtime provisions of the Fair Labor Standards Act.

 

_____
UNITED STATES DISTRICT JUDGE

For the Plaintiffs

/s/ Adam Poncio
Adam Poncio
Southern District No. 194847
State Bar No. 16109800
PONCIO LAW OFFICES
A Professional Corporation
State Bar No. 16109800
5410 Fredericksburg Rd., Suite 109
San Antonio, Texas 78229-3550
(210) 212-7979 Telephone
(210) 212-5880 Facsimile


/s/ Chris McJunkin
Chris McJunkin
Southern District No. 23548
State Bar No. 13686525
2842 Lawnview
Corpus Christi, Tx. 78404
Tel: (361) 882-5747
Fax: (361) 882-8926


For the Defendants:


/s/ M. Carter Crow
M. Carter Crow
Rafe A. Schaefer
Greg Moore
Norton Rose Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095
(713) 651-5151 Telephone
(713) 651-5246  Facsimile


And

Darrell L. Barger
Michael G. Terry
Hartline Dacus Barger Dreyer, LLP
800 N. Shoreline Blvd., Ste. 2000 - North
Corpus Christi, TX 78401
(361) 866-8000 Telephone
(361) 866-8039 Facsimile