
| | | |
|---|---|---|
| FAVATA ET AL. | § § § | |
| VS. | § § § | CA-C-12-82 |
| NATIONAL OILWELL VARCO, LP | § | |

## JURY NOTE NO. 1

Is there a document that we can review that verifies that all of the plantiffs involved have consented to join this collective action with signatures.

4-21-14 (2pm)
**Date and Time**

**RESPONSE:**

Please refer to the instructions on page 4. Please see first paragraph, last sentence under "Representative Evidence."

4/21/14
**Date**

NELVA GONZALES RAMOS
United States District Judge