UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION



| FAVATA ET AL. | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CA-C-12-82 |
| | § | |
| NATIONAL OILWELL VARCO, LP | § | |

JURY NOTE NO. 2

We have Reached a UNANIMOUS Verdict

4·21·14 (2:34 pm)
Date and Time

Presiding Juror

RESPONSE:

Date

NELVA GONZALES RAMOS
United States District Judge