# IN THE UNITED STATES DISTRICT COURT
# THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| MICHAEL FAVATA, ET AL, § <br> § <br> Plaintiffs § <br> § <br> v. § <br> § <br> NATIONAL OILWELL VARCO, L.P., § <br> § <br> aka/fka BRANDT NOV § <br> § <br> Defendant. § | CIVIL ACTION NO. 2:12-CV-00082 |

## JUDGMENT

The Court enters the following Judgment:

1. National Oilwell Varco, L.P. is not liable to the Plaintiffs.

2. The following take nothing on all of their claims against National Oilwell Varco, L.P.: Amos Crader; Andrew Arriaga; Anthony Ussin; Arnold Ortiz; Cameron Robinson; Chad Vaughn; Christopher Sanders; Danny Jackson; Daniel Reynolds; David Garcia; David Kelley; Dwight Edwards; Henry Bolton; Jack Akin; James Cooper; Jerry Jurach; John Prinz; Jorge Acosta; Jose Frayde; Jose Ramirez; Josue Ramirez; Justin Harbin; Justin Pfenninger; Kerry Gladney; Kevin Bolton; Luis Ledezma; Marcos Villa; Marcus Huff; Mario Navarro; Mario Sanchez; Marty Flugge; Marvin Lampley; Michael Favata; Michael Mallett; Michael Schwab; Miguel Rodriguez; Murphy Touchet; Nicholas Giordano; Nicolas Vasquez; O.B. Holmes, Jr.; Oscar Garza; Patrick Baggett; Paul Hendriks; Ramiro Medrano; Raul Ramirez; Rene Pena; Ricardo De La Vega; Rosendo Zamora; Rotsbel Ramos; Samael Rodriguez; Sean Norred; Sherman Thompson; Stephen

James; Steven Weathers; Steven Conner; Stewart Clark; Trevor Weathers; and Zack Hunter.

3. Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1920, National Oilwell Varco, L.P. is the prevailing party and is entitled to costs.

June 26, 2014
~~May~~ ___, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE